# UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE THE HONORABLE RICHARD K. EATON, JUDGE

|  |  |
|---|---|
| The Florida Tomato Exchange, ) ) *Plaintiff,* ) ) v. ) ) United States, ) ) *Defendant,* ) ) and ) ) Confederación de Asociaciones Agrícolas del ) Estado de Sinaloa, A.C., Consejo Agrícola de ) Baja California, A.C., Asociación Mexicana de ) Horticultura Protegida, A.C., Unión Agrícola ) regional de Hoartalizas Frutas y Legubres, ) and Confederación Nacional de Productores ) de Hortalizas, ) ) *Defendant-Intervenors.* ) ) | Court No. 13-00148 |

## MOTION FOR VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade and for the reasons identified below, Plaintiff, The Florida Tomato Exchange ("FTE") seeks voluntary dismissal of its appeal in the above-captioned proceeding.

This case involves a challenge by FTE to the 2013 suspension agreement regarding imports of fresh tomatoes from Mexico, an agreement that was replaced in the intervening time by the 2019 suspension agreement. This case has been stayed pending the final resolution of the Jem D litigation in CIT Court No. 19-127 pursuant to this Court's December 20, 2019 order. ECF No. 131. Among others, the Jem D plaintiffs challenged the termination of the 2013

agreement and negotiation of the 2019 agreement. The Federal Circuit affirmed the CIT's dismissal of Jem D's appeal, including, *inter alia*, Jem's challenge to the termination of the 2013 agreement, concluding that "it was properly dismissed for failure to state a claim." *Jem D Int'l Michigan Inc. USA v. United States*, 2022 U.S. App. LEXIS 1044*, *3-*4 (Fed. Cir. Apr. 14, 2022).[1]

The Federal Circuit similarly affirmed the CIT's dismissal of claims filed by other parties regarding the termination of the 2013 agreement in related litigation. The Federal Circuit concluded that the 2013 agreement termination challenges filed by Confederacion de Asociaciones Agricolas del Estado de Sinaloa, A.C. ("CAADES") "independently fail on the merits" and that there was "no plausible claim upon which the Trade Court could have granted CAADES's requested relief … ." *Confederacion de Asociaciones Agricolas Del. Estado de Sinaloa, A.C. v. United States*, 32 F.4th 1130, 1139, 1143 (Fed. Cir. 2022). Likewise, the Federal Circuit concluded that "materially identical challenges" by Bioparques "to the termination of the 2013 Agreement and negotiation of the 2019 Agreement" also "must be dismissed" because, like CAADES, the Bioparques challenges had stated "no plausible claim on which relief can be granted and must therefore be dismissed under Rule 12(b)(6)." *Bioparques de Occidente, S.A. de C.V. v. United States*, 31 F.4th 1336, 1343 (Fed. Cir. 2022).

Given these decisions by the Federal Circuit, FTE no longer wishes to pursue this appeal of Court No. 13-148.

Because more than 30 days have passed since the service of the complaint in this proceeding, FTE is appending the signatures of "all parties who have appeared" in accordance

---

[1] Jem D and its affiliates had filed a separate appeal challenging certain aspects of Commerce's final determination. The CIT agreed to their request to voluntarily dismiss that appeal on July 6, 2022. *See* ECF No. 64 in CIT Court No. 19-00205, *Red Sun et al. v. United States*.

with Rule 41(a)(1)(A)(ii), the U.S. Department of Justice on behalf of the United States and counsel to CAADES.

Respectfully submitted,

| | |
|---|---|
| /s/ Robert C. Cassidy, Jr.<br>Robert C. Cassidy, Jr.<br>Charles S. Levy<br>James R. Cannon, Jr.<br>Mary Jane Alves<br>Jonathan M. Zielinski<br>**CASSIDY LEVY KENT (USA) LLP**<br>900 19th Street NW, Suite 400<br>202-567-2302<br>rcassidy@cassidylevy.com<br>*Counsel to The Florida Tomato Exchange*<br><br>/s/ Spencer S. Griffith<br>Spencer S. Griffith<br>Bernd G. Janzen<br>Yujin K. McNamara<br>Devin S. Sikes<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>2001 K Street, NW<br>Washington, DC 20006<br>202-887-4000<br>sgriffith@akingump.com<br>*Counsel to Confederación de Asociaciones Agrícolas del Estado de Sinaloa, A.C., Consejo Agrícola de Baja California, A.C., Asociación Mexicana de Horticultura Protegida, A.C., Asociación de Productores de Hortalizas del Yaqui y Mayo, and Sistema Producto Tomate* | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>PATRICIA M. MCCARTHY<br>Director<br><br>/s/ Franklin E. White, Jr.<br>FRANKLIN E. WHITE, JR.<br>Assistant Director<br><br>/s/ Mikki Cottet<br>MIKKI COTTET<br>Senior Trial Counsel<br>U.S. Department of Justice<br>Civil Division, Commercial Litigation Branch<br>Classification Unit, 8th Floor<br>PO Box 480, Ben Franklin Station<br>Washington, DC 20044<br>Tel: (202) 307-0962/Fax: (202) 514-7965<br>*Attorneys for Defendant, United States*<br><br>*Of Counsel:*<br>EMMA T. HUNTER<br>Assistant Chief Counsel<br>Office of the Chief Counsel for<br>United States Department of Commerce |

August 24, 2022

UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE THE HONORABLE RICHARD K. EATON, JUDGE

| | |
|---|---|
| THE FLORIDA TOMATO EXCHANGE,<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES,<br><br>*Defendant,*<br><br>and<br><br>CONFEDERACIÓN DE ASOCIACIONES AGRÍCOLAS DEL ESTADO DE SINALOA, A.C., CONSEJO AGRÍCOLA DE BAJA CALIFORNIA, A.C., ASOCIACIÓN MEXICANA DE HORTICULTURA PROTEGIDA, A.C., UNIÓN AGRÍCOLA REGIONAL DE HOARTALIZAS FRUTAS Y LEGUBRES, AND CONFEDERACIÓN NACIONAL DE PRODUCTORES DE HORTALIZAS,<br><br>*Defendant-Intervenors.* | Court No. 13-00148 |

**ORDER**

Upon consideration of the Motion for Voluntary Dismissal Under Rule 41 and all other papers herein, it is

**ORDERED** that the Motion is **GRANTED**; and

**ORDERED** that this action (CIT Court No. 13-138) is dismissed consistent with Rule 41(a)(1)(A)(ii) of this Court.

**SO ORDERED.**

Dated: _____          _____
         New York, New York                              Richard K. Eaton, Judge